## (June 5, 1973)

■ THAIS LATHEM, Respondent, v. WILLOUGHBY LATHEM, Appellant.— Judgment, Supreme Court, New York County, entered on March 6, 1972, unanimously modified, on the law and the facts, by reducing to $400 per month the amount that defendant shall pay to the plaintiff for her support and maintenance and, as so modified, the judgment is affirmed, without costs and without disbursements. Order, Supreme Court, New York County, entered on September 18, 1972, and the judgment of said court entered thereon on October 4, 1972, unanimously affirmed, without costs and without disbursements. Concur — Nunez, J. P., Kupferman, Lane, Tilzer and Capozzoli, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GARY CLEMENTS, Appellant.— Judgment, Supreme Court, New York County, rendered on September 24, 1971, unanimously modified, on the law and in the exercise of discretion, to reduce appellant's sentence from an indeterminate term of imprisonment not to exceed five years to one not to exceed four years. Commendably, the District Attorney agrees that this inadvertent error, so revealed by the sentencing court's own notes, is to be corrected. (See *Santobello* v. *New York*, 404 U. S. 257, on remand *sub. nom. People* v. *Santobello*, 39 A D 2d 654.) Concur — Stevens, P. J., Markewich, Murphy, Steuer and Capozzoli, JJ.